**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CHARLES ANTHONY BARBETTINI JR. | ) | Case No. 22−30131−KRH |
| | ) | Chapter 13 |
| Debtor | ) | |

| | | |
|---|---|---|
| CHARLES ANTHONY BARBETTINI JR. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | APN:  22-_____ |
| | ) | |
| BOSCO CREDIT V TRUST SERIES | ) | |
| 2012-1 | ) | |
| Serve:  Franklin Credit Management Corp. | ) | |
|      c/o Corporation Service Co., R/A | ) | |
|      100 Shockoe Slip Fl. 2 | ) | |
|      Richmond, VA, 23219 | ) | |
| | ) | |
| and | ) | |
| | ) | |
| NEYHART & MCCONNELL, P.C., f/k/a | ) | |
| LONG, LONG & KELLERMAN P.C., | ) | |
| TRUSTEE | ) | |
| Serve:  Tracy Neyhart, R/A | ) | |
|      210 Otey Street | ) | |
|      Blacksburg, VA 24060 | ) | |
| | ) | |
| Defendants | ) | |

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, Virginia  23219
Telephone: (804) 225-9500
Facsimile: (804) 225-9598
Email: jkane@kaneandpapa.com
*Counsel for Plaintiff*

<u>**COMPLAINT TO DETERMINE THE VALIDITY, PRIORITY OR EXTENT OF LIENS**</u>

COMES NOW, the Plaintiff, by counsel and respectfully represents unto the Court the following:

1.      The jurisdiction of this Court is founded upon 11 U.S.C. § 1322 and Rule 7001 of the Federal Rules of Bankruptcy Procedure.

2.      This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3.      The Plaintiff is the Debtor in the above captioned Chapter 13 case, which case was filed on January 18, 2022.

4.      The estate of the Plaintiff includes an interest in real estate known as 7812 Little Ridge Ct., Chesterfield, VA 23832, more particularly described as:

> All that certain lot, piece or parcel of land with improvements thereon and appurtenances thereto belonging, lying and being in the County of Chesterfield, Virginia, shown as Lot 27, Block H, on the certain plat entitled "Creekwood, Section F-2", dated July 18, 1984, made by J.K. Timmons & Associates, which plat was recorded on July 25, 1984, in the Clerk's Office, Circuit Court, Chesterfield County, Virginia, in Plat Book 46, pages 80 and 81, and to which reference is hereby made for a more particular description of the property hereby conveyed.

("Property").

5.      There is a recorded first deed of trust against the Property in favor of U.S. Bank National Association, ("US Bank"), which at the time of the filing of this case had an approximate balance of $410,230.00, and which deed of trust is dated January 25, 2005 and is recorded in the Clerk's Office of the Chesterfield County Circuit Court on January 25, 2005 as Instrument No. 006215 ("First Deed of Trust").

6.      There is a recorded second deed of trust against the Property in favor of Bosco Credit V Trust Series 2012-1 ("Bosco"), which at the time of the filing of this case had an

2

approximate balance of $147,976.74, and which deed of trust is dated January 25, 2005 and is

recorded in the Clerk's Office of the Chesterfield County Circuit Court on January 25, 2005 as

Instrument No. 006216 ("Second Deed of Trust").

7.      Neyhart & McConnell P.C. f/k/a Long, Long & Kellerman, P.C, Trustee is the

named Trustee in the Second Deed of Trust and is a necessary party to this action.

8.      Upon information and belief, the value of the Property is $371,000.00 which is

less than the payoff of the promissory note secured by First Deed of Trust.  A copy of the current

assessment on the Property is attached hereto as Exhibit "A".

9.      Based upon the value of the Property and the balance of the note secured by the

First Deed of Trust, the Second Deed of Trust on the Property is fully unsecured.

WHEREFORE, the Plaintiff respectfully requests that the Court enter an Order declaring

that Bosco's note secured by the Second Deed of Trust is fully unsecured, that the Plaintiff be

permitted to treat Ditech's allowed claim with respect to the Second Deed of Trust as unsecured

in the Chapter 13 Plan, that the Second Deed of Trust be released against the Property, and for

such other relief as the Court may deem appropriate.

Dated:  March 9, 2022

Respectfully Submitted,

CHARLES ANTHONY BARBETTINI JR.


By:  /s/ James E. Kane_____
       James E. Kane (VSB #30081)
       KANE & PAPA, P.C.
       1313 East Cary Street
       Richmond, Virginia  23219
       Telephone: (804) 225-9500
       Facsimile: (804) 225-9598
       Email: jkane@kaneandpapa.com
       *Counsel for Plaintiff*

4



# 7812 LITTLE RIDGE COURT

**Parcel ID:** 762688222300000
**Real Estate Account:** 306271001
**Tax Account:** 77226

## Overview

| 2022 Assessment | Last Sale (01/25/2005) |
|---|---|
| $371,000.00 | $272,000.00 |

### Property Info

**Parcel ID:** 762688222300000
**Real Estate Account:** 306271001
**Property Class:** SINGLE FAM RES. (URBAN)
**Magisterial District:** CLOVERHILL
**Subdivision:** CREEKWOOD
**Deeded Acreage:** N/A

### Owner

**BARBETTINI CHARLES JR & TONIA**
7812 LITTLE RIDGE CT
CHESTERFIELD VA 23832
SINGLE FAM RES. (URBAN)

### Legal Description

CREEKWOOD L 27 BK H SEC F2

## Ownership

| Owner Name | Sale Price | Sale Date | # Lots | Deed Book | Deed Page | Will Book | Will Page | Plat Book | Plat Page |
|---|---|---|---|---|---|---|---|---|---|
| BARBETTINI CHARLES JR & TONIA | $272,000.00 | 01/25/2005 | 1 | 6187 | 270 | 0 | 0 | 0 | 0 |
| RICHARDSON R DEAN & DEBORAH M | $122,300.00 | 03/18/1985 | 1 | 1697 | 1106 | 0 | 0 | 0 | 0 |
| MASTER BUILT HOMES INC | $17,000.00 | 08/02/1984 | 1 | 1668 | 1565 | 0 | 0 | 0 | 0 |
| LSP REALTY DEVELOPMENT CORP | $0.00 | 07/25/1984 | 1 | 1148 | 472 | 0 | 0 | 0 | 0 |
| LSP REALTY DEVELOPMENT CORP | $0.00 | 03/28/1975 | 1 | 1148 | 472 | 0 | 0 | 0 | 0 |

## Residential Buildings

### Building 1 - (SINGLE DWELLING)

8 room(s) | 4 bedroom(s) | 2 bathroom(s) | 1 half bath(s) | 2918 ft² | 0 ft² unfinished
NO BASEMENT

| General Description | Building History | Construction Details | Heating/Cooling |
|---|---|---|---|
| **Use:** SINGLE DWELLING | **Year Built:** 1985 | **Foundation:** BRICK | **Heating:** ELECTRIC & HEAT PUMP |
| **Stories:** | **Year Added:** | **Exterior:** BRICK FRONT/WOOD | **Air Conditioning:** 1 unit(s) |
| **Style:** | **Year Remodeled:** | | |
| | **Percent Complete:** 100% | | |

**Construction:** WOOD FRAME
**Lower Level:** NA

**Roof:** COMPOSITION SHINGLE
**Dormers:** NONE
**Interior:** CELETEX/SHEETROCK/DRYWALL
**Floor:** CARPET

**Chimneys:** 1 BR. CHIM. 2 FIREPLACES

 Dimensions

| Segment | Story | Exterior Finish | Dimensions | Area |
|---|---|---|---|---|
| A | 1ST FLOOR FINISHED | BRICK FRONT/WOOD | 27N10EB12EC8ED14EEF27S44W | 1188 ft² |
| B | WOOD DECK | NOT APPLICABLE | 10W18N30E14S8W4S12W | 508 ft² |
| C | OVERHANG | BRD&BAT/COMP/INS/MSN/PLY/WDSID | 4N8E4S8W | 32 ft² |
| D | 1ST FLOOR FINISHED | BRD&BAT/COMP/INS/MSN/PLY/WDSID | 12N14E12S14W | 168 ft² |
| E | GARAGE | BRICK FRONT/WOOD | 19E24S19W24N | 456 ft² |
| F | OPEN PORCH | NOT APPLICABLE | 3N5E3S5W | 15 ft² |
| G | 2ND FLOOR FINISHED | BRICK FRONT/WOOD | 19E24S19W24N | 342 ft² |
| H | 2ND FLOOR FINISHED | BRICK FRONT/WOOD | 27N10EB12EC8ED14EEF27S44W | 1188 ft² |

## Commercial Buildings

 No commercial buildings available

## Improvements

| Type | Construction | Exterior Finish | Width | Depth | Total Area |
|---|---|---|---|---|---|
| No improvements available | | | | | |

## Land

**Details**
**Deeded Acreage:** N/A
**Flood Plain:** 0 acre(s)
**Easement:** 0 acre(s)
**RPA (Resource Protection Area):** 0 acre(s)

**Water**
**County Water:** Connected
**County Sewer:** Connected
**Well:** Not Available
**Septic:** Not Available

**Utilities**
**Gas:** Not Available
**Electricity:** Connected

**Streets**
**Paved Streets:** Available
**Storm Drains:** Available
**Curbing:** Available

Always contact the Chesterfield County Utilities Department (call 804-748-1271, email:

ⓘ utilities@chesterfield.gov, or write Chesterfield County Utilities Department; P.O. Box 608; Chesterfield, VA 23832) to verify county water and sewer availability or connections

## Zoning

R7-ONE FAMILY RESIDENTIAL

ⓘ Always contact the Chesterfield County Planning Department (call 804-748-1050, email planning@chesterfield.gov, or write Planning Dept.; P.O. Box 40; Chesterfield, VA 23832) to verify zoning for any parcel of land.

Under Virginia State Law, these real estate assessment records are public information. Display of this property information on the Internet is specifically authorized by the Code of Virginia 58.1-3122.2 (as amended).

Please note that these assessment records are not the official assessment records of Chesterfield County. Official records are located in the Office of the Real Estate Assessor. While the Office of the Real Estate Assessor has attempted to ensure that the assessment data contained herein is accurate and reflects the property's characteristics, Chesterfield County makes no warranties, expressed or implied, concerning the accuracy, completeness, reliability, or suitability of this data. Also, the ownership and subdivision plat information available on this website are not the official records. The official ownership records and subdivision plats are located in the Clerk of Circuit Court's office. Chesterfield County does not assume any liability associated with the use or misuse of this real estate assessment data, ownership or subdivision plat information.